**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Bryan Jesus Arroyo-Landaeta,
A#221-352-232

                    Petitioner,

        vs.

Warden, et. al.,
                    Respondents.

)  Case No.  1-26-cv-02454-DC-EFB(HC)
)
)
)  ~~[PROPOSED]~~ ORDER GRANTING
)  MOTION FOR LEAVE TO FILE
)  AMENDED PETITION FOR WRIT OF
)  HABEAS CORPUS AND COMPLAINT
)  FOR DECLARATORY AND
)  INJUNCTIVE RELIEF
)
)
)
)
)
)

The Court has considered Petitioner Bryan Jesus Arroyo-Landaeta's Motion for Leave to File Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, the proposed amended petition, the record in this action, and any response filed by Respondents.

- 1 -

Good cause appearing, IT IS HEREBY ORDERED:

1.  Petitioner's Motion for Leave to File Amended Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief is GRANTED.

2.  The proposed Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief is deemed filed as of the date of this Order.

3.  The Clerk of Court is directed to file the Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief as a separate docket entry.

4.  Respondents shall respond to the Amended Petition within 4 days of the date of this Order, unless otherwise ordered by the Court.

5.  Petitioner may file a reply within 3 days after Respondents file their response.

IT IS SO ORDERED.

Dated: May 4, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE